**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

THOMAS SLIVIENSKI,

Petitioner,

9:23-cv-1127
(ECC/DJS)

v.

JOSEPH E. COREY, Superintendent; Auburn Correctional Facility,

Respondent.

---

**Appearances:**

Thomas Slivienski, *Pro se Petitioner*
Paul Lyons, Asst. Att'y General, *for Respondent*

**Hon. Elizabeth C. Coombe, United States District Judge:**

**MEMORANDUM-DECISION AND ORDER**

On September 5, 2023, Petitioner Thomas Slivienski filed a petition under 28 U.S.C. § 2254 challenging a judgment of conviction, following a jury trial, of murder in the second degree and criminal possession of a weapon in the second degree. Dkt. No. 1. On April 18, 2024, Respondent filed an answer, accompanied by the related state court records. Dkt. Nos. 16-18. Petitioner did not file a reply, despite being afforded multiple extensions of time to do so. Dkt. Nos. 24, 25, 26, 27, 28, 29, 30, 31, 32. This matter was assigned to United States Magistrate Judge Daniel J. Stewart who, on September 1, 2026, issued a Report-Recommendation recommending that the petition be denied and dismissed and that no certificate of appealability be issued. Dkt. No. 35. Magistrate Judge Stewart advised the parties that under 28 U.S.C. § 636(b)(1), they had fourteen days within which to file written objections to the report, and that the failure to object to the report within fourteen days would preclude appellate review. *Id.* at 35-36.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety.

For these reasons, it is

**ORDERED** that the Report-Recommendation, Dkt. No. 35, is **ACCEPTED** and **ADOPTED** in its entirety, and it is further

**ORDERED** that the petition is **DENIED** and **DISMISSED**, and it is further

**ORDERED** that no certificate of appealability ("COA") is issued because Petitioner has failed to make "a substantial showing of the denial of a constitutional right" as required by 28 U.S.C. § 2253(c)(2). Any further request for a COA must be addressed to the Court of Appeals (Fed. R. App. P. 22(b)); and it is further

**ORDERED** that the Clerk serve a copy of this Order upon the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: September 21, 2026

Elizabeth C. Coombe
U.S. District Judge